# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 238 MAL 2016
:
          Respondent :
:
           : Petition for Allowance of Appeal from
           : the Order of the Superior Court
          v. :
:
:
EARL SMITH, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.